O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. BROWN,<br><br>             Plaintiff,<br><br>   vs.<br><br>SANTA BARBARA COUNTY JAIL, ET AL.,<br><br>            Defendants. | CASE NO. CV 08-03887 ABC (RZ)<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: November 14, 2008

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE