O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY L. BROWN,                      )          CASE NO. CV 08-03887 ABC (RZ)
                                       )
                    Plaintiff,         )
                                       )          JUDGMENT
          vs.                          )
                                       )
SANTA BARBARA COUNTY JAIL,             )
ET AL.,                                )
                                       )
                    Defendants.        )
_____)

      Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED:  November 14, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28